IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL ACTION |
| vs. | : | |
| AKEEM JOSEPH, a/k/a "AKEEM OLAJUWON" | : | NO. 09-673 |

**O R D E R**

AND NOW, this 13th day of March, 2012, upon consideration of the Motion to Suppress Physical Evidence Obtained in Violation of the Fourth Amendment and Statements Obtained in Violation of the Fifth and Sixth Amendments (Docket No. 22) and the Government's Response (Docket No. 26), and following an evidentiary hearing on March 6, 2012, it is hereby **ORDERED** that the motion is **DENIED**.

BY THE COURT

S/Gene E.K. Pratter
GENE E.K. PRATTER,    J.